IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:99cv428

| | |
|---|---|
| CAROLYN WADDAIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARINER POST-ACUTE NETWORK, ) <br> INC., SEVERANCE PAY PLAN; ) <br> MARINER POST-ACUTE NETWORK, ) <br> INC. ) <br> ) <br> DefendantS. ) <br> _____) | ORDER |

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal (Docket # 14).

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge